Neighborhood Restore HDFC, Respondent, 
against
Wilbert Wilson, Sued Herein as "JOHN DOE," Appellant, -and- "JANE DOE," Undertenant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Bruce E. Scheckowitz, J.), dated September 24, 2014. The order denied tenant's motion to vacate a default final judgment and to be restored to possession in a holdover summary proceeding.




ORDERED that the order is affirmed, without costs.
In this holdover proceeding based on the alleged termination of a month-to-month tenancy, tenant moved to vacate a default final judgment and to be restored to possession, claiming that he owns the subject premises. Tenant appeals from an order of the Civil Court denying his motion.
The record indicates that a judgment of foreclosure was entered on November 2, 2011 and that title to the property was subsequently transferred to petitioner pursuant to that judgment. In view of the foregoing, and as tenant's Supreme Court action to, in effect, set aside the judgment of foreclosure has been dismissed (Wilson v Neighborhood Restore Hous., 129 AD3d 948 [2015]), the order is affirmed. 
Pesce, P.J., Weston and Aliotta, JJ., concur.
Decision Date: February 05, 2016